```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney
California Bar Number 140310
   U.S. Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6528
   Facsimile:  (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>$35,000.00 IN U.S. FUNDS AND $765.85 IN ACCRUED INTEREST,<br><br>           Defendants. | CV 07-00107 SJO(AJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANT ROBERT TRINGHAM ONLY**<br>**[This consent judgment is not case-dispositive but does resolve the claims of one claimant.]** |

     This action was filed on January 4, 2007.  Plaintiff seeks the forfeiture of the defendants $35,000.00 in U.S. funds and $765.85 in accrued interest (hereinafter "defendant funds"). Notice was given and published in accordance with law.  Robert

Tringham ("Tringham")[1] was formerly the president and owner of First National Ban Corp. ("FNBC"), a corporate entity which filed a claim and answer on August 7, 2007 and August 9, 2007, respectively. On or about January 13, 2012, Robb Evans & Associates LLC ("Robb Evans"), the receiver of Finbar Securities Corp. ("Finbar")[2] filed a claim and answer to the complaint because FNBC was believed to be a subsidiary or affiliate of Finbar. On or about March 8, 2012, an Amended Complaint was filed pursuant to stipulation. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and Tringham have reached an agreement that is conditionally dispositive of the government's claims against Tringham's interest in this action, and hereby request that the Court enter this Consent Judgment of Forfeiture.

Pursuant to this agreement, the government will recommend to the United States Attorney General that any forfeited defendant funds be made available for distribution on a pro rata basis to any victim and/or investor in various investment programs established by Tringham, as part of the restoration and/or remission process commonly utilized by the Department of

---

[1] Although not a claimant in this action, Tringham is a party to this agreement by virtue of any ownership interest he may have in First National Ban Corp.

[2] The Receiver was appointed pursuant to the Preliminary Injunction and Judgment of Permanent Injunction issued in the case of Securities and Exchange Commission v. Finbar Securities Corp. and Robert Tringham, et al., filed in the U.S. District Court for the Central District of California, CV 09-2325 ODW(VBKx). Pursuant to that litigation, the Receiver was appointed as receiver over Finbar and its affiliates and subsidiaries. FNBC is believed to be one such affiliate and/or subsidiary of Finbar.

Justice, Asset Forfeiture Money Laundering Section, in cases involving the seizure and forfeiture of proceeds of fraud crimes. The government will further recommend that Tringham be given credit toward his criminal restitution obligation for any restoration and/or remission paid by the Department of Justice to any victim listed in Tringham's criminal restitution order as entered in <u>United States v. Robert Tringham</u>, CR 09-00490 SJO.

This agreement is conditioned upon Tringham's criminal conviction in <u>United States v. Robert Tringham</u>, CR 09-00490 SJO, being upheld on appeal. If such conviction is affirmed on appeal, this agreement shall become final. If such conviction is reversed on appeal or otherwise vacated, this agreement shall be void and the government shall be entitled to resume its forfeiture action as to Tringham's interests in the defendant assets and Tringham shall be entitled to resume his defense of any claim to the defendant funds.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant funds other than Tringham, claimant Robb Evans and claimant FNBC are deemed to have admitted the allegations of the Amended Complaint. The allegations set out in the Amended Complaint are sufficient to establish a basis for forfeiture.

3. The sole claimants to the defendant funds are FNBC and Robb Evans. Tringham, individually and as owner of FNBC, has the legal right to abandon, withdraw any claim, and consent to

the forfeiture or other appropriate disposition of all or any portion of his individual interest in the defendant funds.

4. Tringham hereby withdraws any claim to the defendant funds, plus any accrued interest on the defendant funds. Accordingly, Tringham's interest in the defendant funds, plus any accrued interest on the defendant funds, shall be disposed of in accordance with law at the conclusion of this litigation without further notice to Tringham.

5. Tringham hereby releases the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant funds and the commencement of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Tringham, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The parties shall each bear their own costs and attorneys' fees in this action.

///
///
///
///
///

8. The Court shall retain jurisdiction over this matter to enforce the provisions of this Consent Judgment.

Dated: October 3, 2012

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: September 14, 2012          ANDRÉ BIROTTE JR.
                                   United States Attorney
                                   ROBERT E. DUGDALE
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section


                                    /s/ P. Greg Parham
                                   P. GREG PARHAM
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   United States of America

DATED: September 14, 2012          Byrne & Nixon LLP


                                     /s/ Mark A. Byrne
                                   MARK A. BYRNE
                                   Attorneys for Robert Tringham


DATED: September 14, 2012              /s/ Robert Tringham
                                   ROBERT TRINGHAM